# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2068EA

_____

Charles Gregory,        *
       *
       Appellant,        *
       *      Appeal from the United States
    v.        *     District Court for the Eastern
       *     District of Arkansas.
Kenneth S. Apfel, Commissioner,    *
Social Security Administration,      *       [UNPUBLISHED]
       *
       Appellee.        *

_____

Submitted: November 20, 1998
Filed: December 9, 1998

_____

Before RICHARD S. ARNOLD, FAGG, and HALL,[*] Circuit Judges.

_____

PER CURIAM.

Charles Gregory appeals the district court's grant of summary judgment affirming the Commissioner's decision to deny Gregory's application for supplemental security income. For reversal, Gregory contends the Commissioner's decision is not supported by substantial evidence on the record as a whole because "[t]he ALJ relied on vocational expert testimony that does not support his ultimate conclusion that there is a significant number of jobs in the national economy that Gregory can perform despite

_____

[*]The Honorable Cynthia Holcomb Hall, United States Circuit Judge for the Ninth Circuit, sitting by designation.

his impairments." Having reviewed the administrative record, we conclude that Gregory's arguments lack merit. We find substantial evidence supports the decision of the Commissioner that Gregory is not disabled for social security purposes. Because an extended discussion would serve no useful purpose in this fact-intensive case, we affirm the district court without further discussion. See 8th Cir. R. 47B.

RICHARD S. ARNOLD, Circuit Judge, dissents.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.